IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-mj-00031-GJR-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM JACOBS,

    Defendant.

---

### ORDER VACATING PROBATION VIOLATION WARRANT AND TERMINATING PROBATION UNSUCCESSFULLY

---

On July 7, 2006, the defendant was sentenced to a one- year term of unsupervised probation. Based on the defendant's failure to cooperate in the collection of DNA and failure to pay his court-imposed financial obligations, a probation violation warrant was issued on December 8, 2006. The defendant has recently satisfied the Court's orders and further Court involvement is not deemed necessary. Accordingly, it is

ORDERED that the active probation violation warrant be vacated and that the defendant's probation be terminated unsuccessfully.

DATED at Denver, Colorado, this _____ day of June, 2011.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge